Brittni Nix<br>
1651 Alcovy Ridge Court<br>
Dacula, GA 30019<br>
678-910-1210<br>
December 1, 2025

RE: Johann Nix

Honorable JP Boulee,

Johann Rainer Nix is not only a caring loving person, he is a dedicated and wonderful husband, father, and friend. I met my husband, Johann, over twelve years ago while I was studying at Berry College and he was visiting a friend. I was 20-years old, focused on my future, and not looking for a relationship. Johann respected my stance without question. We became great friends that eventually blossomed into something more. He was caring and genuine, a truly good man. I could be myself around him with no fear of judgement. What made him different then everyone else was that he accepted and respected what I said. Even if it was something as accepting when I needed sleep and simply saying "Good night" without any pressure of continuing the conversation. No one else respected me as much as he did and I found myself falling in love with him. He became my balance, my protector, and my life partner.

We took this foundation of respect, friendship, and love to build a strong marriage. Married since 2017, and Johann still puts myself and my needs above his own. Simple actions as always defaulting to my preference on what to eat, what to watch, and what to do for the weekend. His priority is to care for me and our family. And in his world, family does not just mean parents and children. It includes extended family and friends. He is the first one to lend a helping hand and volunteer. For example, my 89-year old grandmother who lives in Michigan loves nothing more than to visit us in Georgia for Christmas, but it is a long drive for an elderly person. My husband volunteers as the driver for the 24-hour round trip. He recently helped a friend clean out a house of a grandparent that passed away. Years ago, he supported and helped a co-worker escape an abusive situation. None of these are easy tasks and my husband, Johann Nix, volunteers and does it without complaint because THAT is who he is. He never abandons anyone who needs assistance even if it is at great cost to himself.

He was the one that drove our four-day old newborn to CHOA when I was physically, mentally, and emotionally incapable of traveling. He was the one that stood vigil for three days at our screaming newborns side while medical tests were performed. He was the one who woke up for all the middle of the night bottle feedings for months on end. He did it all and he did it without complaint because his family needed him. His family still needs him and I know he will do everything in his power to be there for us.

Early fatherhood was particularly stressful for Johann. His fear and self-doubt led him to finding refuge online. It led to emotional distress and atypical behavior. His judgement was severely compromised and it led to atrocious decisions. Decisions that, while out of character, will affect him and our family for the rest of our lives.

But, he made another decision. A decision to change course and repent.

As his mental health improved with time, he found clarity. He removed himself from his bad decisions and he committed to doing better and being better for his family. His heart and commitment only got stronger with time. He started listening to parenting books and self-help books. I witnessed the fruits of his labor and continual dedication on a daily basis. Our two young sons, Sebastian (4) and Magnus (10-mo) adore their dad and Johann is a wonderful father to our two boys. Sebastian can't wait to show his dad whatever new move, song or skill he learned, and they both treasure their nightly post-dinner popsicle time together. Magnus reserves his biggest smiles for his daddy; his absolute favorite person. He is a wonderful father and no one could replace the relationship he has with our two boys. It breaks my heart that these two innocent boys will not have the life they deserve with their father.

Johann is more than the crimes he committed. At his core, he is a family man and his family needs him. Being without him for 20 years is destructive and devastating. A simple reduction of 5-years would make all the difference to my boys. A 15-year sentence is still an incredibly steep price to pay for mistakes made during a mental crisis, but could allow my children to know their father before they leave their childhood home. I respectfully request mercy and that Your Honor considers him as a whole person when using your discretion to make a ruling. You have the power over my family's future and my sons' childhoods.

Respectfully,

Brittni Leigh Nix