Johann A. Nix

5316 Corinth Drive

Stone Mountain, GA 30087

678-471-6524

RE: Johann Rainer Nix

Judge Boulee,

First and foremost I apologize as I am not good at these things. My name is Johann Albert Nix and Johann Rainer Nix is my Son. I was born 3/15/1960. I have done custom woodworking, high-end architectural millwork, and antique reproduction for about 50 years. I have my industrial masters degree in my field from Germany where I grew up. I have helped run various shops as well as my own shop. Growing up my son was trained to work and was always there when I needed help on the projects I was working on. Starting from his 6th grade year, he was in the shop working with me in the evenings and on the weekends to help teach him how to work and use tools/machines properly and safely. This instilled a strong work ethic in him from a young age as well as helped our family earn a living.

My son has always been there for me. I have had some severe health issues, and he would come and get me and take me to the hospital. Stay with me until the wee hours and then get up to go to work only to return once his work day finished.

He always goes out of his way to assist and help friends with things that they cannot do alone or don't know how to.

He has always been a loving and caring husband. My son Rainer has gone out of his way to be a good husband. He works hard. He never shows his temper. He is amazing with his children. If you've ever actually seen him work with and be around his kids or a friend's child you would know he is a natural caregiver and protector. He loves his children with everything he's got and that shines through with even just him talking about his boys.

When you see him with his kids, how they play and even rough house. The youngest one will just sleep on his chest. All you can see and the only words that come to mind are that he is an excellent father. He loves his children, and they love him. He's not aggressive with them, I have never seen or heard of him raising his voice or hand towards his children or his wife. He is a person that stays calm when stressful situations arise, he never resorts to violence as a solution to the issues at hand.

He always calls me to make sure I am doing okay to make sure I am safe and have what I need. In my most recent health episode, I had my heartrate spike to 240 bpm due to superventriculartacicardia, a heart condition that I struggle with. My son left work right away and came to my shop to pick me up off the shop floor. I could not get up off the floor, I had hit my head and cracked some ribs when I fell. I was unable to walk so he had to help me get to his car so he could drive me to the hospital himself as I thought I was having a heart attack.

Back in 2000 when I had fallen at work, I had a concussion, torn acl, torn rotator cuff, and 3 compressed vertebra in my lower back. I was out of work for 18 months, and I was told that I would be lucky to walk, let alone work again due to my back injuries. My son helped me with my recovery and care for at least 6 months. During that time he also took care of all the chores and maintenance of the house. This was not an easy task for him as I was not a good person to deal with because of the pain I was in and the morphine made me mean. He never once lashed out or talked back to me during this time. He would help me make it out to the pool, rain or shine, we were persistent. He wanted me to be well again and never gave up in my care.

On 8/18/2025, I found out I have two blockages in an artery that will require some attention. Potentially a surgery. He is my primary caregiver when I am under and I have no one else to lean on as my health fluctuates.

I depend on my son and his wife Brittni more than I should but he has always been there for me.

He has asked me to be more present in his children's lives, he says they will need me and I have a lot to teach them like I have taught him over the years with him working in my shop. It's just hard to do with my physical condition.

He sees his family as precious. Whatever may have happened, we are not perfect, we make mistakes. I am sure he has learned from them and they have not happened again. In his youth he was always tasked with the role of caregiver and taking care of others. He does that naturally even for those he may hardly know, and tries to take care of them or help them through the situations they are in. I know he is always great with kids. He is a normal person with a good heart that always tries to do the right thing no matter how bleak it seems to be. He is a good man who lost his judgement and his family needs him.

Sincerely,

Johann A. Nix