Honorable J. P. Boulee
United States Magistrate Judge
1837 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
Courtroom: 19


Esquire Boulee:

My name is Opal Bentley, President of Vinyard Doors, Inc, San Diego, Ca, Great Aunt to Johann Rainer Nix. His father's father, (recently deceased) was my brother. I have known Johann Rainer Nix since birth. He was a happy delightful child and as a teen did good in school and had lots of friends. He had already started planning his future after high school as wood working with his father, Johann Nix, was not what he wanted to do.

I attended his beautiful wedding with so many friends and family attending. I later met with him for dinner to hear the excitement of the arrival of his first son. He had a great job and was very happy in his marriage. I have been privileged to be included in the monthly photos from "The Family Album" evidencing Rainer as a great father, playing and interacting with his children. My prior visit in his family home on 10/26/25 with photos that I am happy to share, are representative of a great Dad, and happy children that love their father.

At no point in Rainer's adult life was there any indication of anything except a hard-working devoted husband, loving father, and a son who made time to help his ill father. As an only son, Rainer displayed his kind nature by getting his father to doctor's appointments and assisted his home medical care after hospitalization. My many years of being in Rainer's life only resonates his continuous kind, loving and compassionate care for all that he comes in contact with.

My wish in conveying this is that Rainer poses no physical threat to anyone. His love for his family that needs him in their daily lives can be evidenced in his prior years of dedication to them and his job in providing for them. Rainer's family continues to need him in their daily lives, and he has never displayed any activity toward his children or children of friends and family that indicate any actions other than that of a kind, loving and responsible father. If you have any questions or wish to contact me, my cell no is 619-894-0483. Thank you for any consideration in allowing Rainer to be part of his children's daily lives.


Sincerely,

*Opal Bentley*
Opal Bentley