December 2025

Honorable J. P. Boulee
United States Magistrate Judge
1837 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
Courtroom: 1908

RE: Johann Rainer Nix

Honorable Judge Boulee:

If it please the Court, please accept this letter of my suport for Johann Rainer Nix (Rainer). I initially met Rainer when he was dating my daughter, Brittni L. Nix (Brittni) back in 2013. Brittni had asked that Rainer accompany her to visit me that Christmas. Within hours I saw his respect and concern for Brittni. He was not looking for what he could receive in their relationship. He was interested in what he could do for her.

Soon after they started dating, Brittni went to Graduation school out of State. This long-distance relationship tested both of their commitments to each other. I again saw his support of my daughter as she worked to further her professional life. As she approached graduation, he asked me for my blessing of their union. I was very happy and pleased to do so.

As they settled in together and purchased their home, Rainer was there to build their life together. We worked on projects side by side improving their home. He was a joy to work with. When I asked for a board to be cut, it was the length you asked for. And not just within a ¼". His skill, craftmanship, and attention to exacting detail commands respect.

After four (4) years together, they started their family. Sebastian Ryker Nix (Sebastian) joined their lives in 2021. I was then blessed to see another side of Rainer's love. He never shirked from any parenting duties. He feed, changed, bathed, played and disciplined Sebastian as needed. Always, with love in his heart. He is a good father. He continued to show his love and respect for my daughter. He is a good husband. No matter how exhausted he was from the day's demands, he is a great family man. When their second child, Magnus Barrett Nix (Magnus) joined the family in 2025, his demeanor did not lessen. He is a great teacher for his boys. A calming influence when they need to settle down. And supporter of Brittni as they raise their family together.

Rainer has accepted responsibility for his deeds. It is just that he be punished. As a Grandfather, I plead on behalf of my Grandsons. The importance of a father in a child's life is well documented. I ask for consideration in Rainer's placement to be as near to his boys as feasible. To facilitate their visitation and interaction with their father. To give them at least something as a foundation on which to build a relationship upon Rainer's release from custody. Thank you in advance for your consideration of Rainer's goodness as you make these difficult decisions that will impact not only Rainer; but Brittni, Sebastian, and Magnus greatly for the rest of their lives.

        Respectfully.

        Michael D. Olesen